```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

INTEGRITY MANAGEMENT OF       )
FLORIDA, LLC, a Florida       )
limited liability company,    )
                              )
          Plaintiff,          )         4:08CV3079
                              )
     v.                       )
                              )
DENTAL WEBSMITH, INC., a      )         ORDER
Kentucky corporation,         )
                              )
          Defendant.          )
                              )
```

IT IS ORDERED:

Within 30 days of the court's ruling on the pending motion to dismiss, if the case is not dismissed, counsel shall confer and file an amended Rule 26(f) report.

DATED this 1st day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge